# EXHIBIT A
# SEARCH AND ARREST WARRANT

THE STATE OF TEXAS

COUNTY OF **Harris**

## SEARCH AND ARREST WARRANT
**{Article 18.02(1)-(9), Texas Code of Criminal Procedure}**

The State of Texas: To the Sheriff or any Peace Officer of **Houston, Harris** County, Texas, or any Peace Officer of the State of Texas:

Whereas, the affiant whose name appears on the affidavit attached hereto is a peace officer under the laws of Texas and did heretofore this day subscribe and swear to said affidavit before me (which said affidavit is here now made a part hereof for all purposes and incorporated herein as if written verbatim within the confines of this Warrant), and whereas I find that the verified facts stated by affiant in said affidavit show that affiant has probable cause for the belief he/she expresses herein and establishes existence of proper grounds for issuance of this Warrant;

Now, therefore, you are commanded to enter the suspected place, vehicles, and premises described in said affidavit, to-wit: a one story residence located at "6725 Sherwood Drive". The above location is located in Houston, Harris County, Texas. The residence is constructed of tan color wood with yellow trim. The residence is located on the east of Sherwood Drive. The intersecting streets are Yellowstone Blvd and Ward. The front door faces west. The numbers "6725" are plainly displayed on the residence. The above location in question is located in the 6700 block of Sherwood Drive. The most common address to the above location in question is "6725 Sherwood Drive", Houston, Harris County, Texas. At said places you shall search for and, if same be found, seize and bring before me the property described in the affidavit that the suspected party, or others in control of the suspected place, are alleged to be concealing and to have in his/her possession in violation of the laws of the State of Texas, to-wit: marijuana.

Further, you are commanded to arrest and search each suspected party named and described in said affidavit, to wit: a black male, who is known by Dominick Benard. A date of birth of [redacted] He is approximately forty (40) years of age, five feet ten inches (5'10") in height and two hundred (200) pounds in weight. His skin complexion is dark brown. The individual is accused of an offense against the law of the State, namely Possession of a substance, namely marijuana. You may arrest others for the same offense who are unknown to the affiant but found to be occupants of said premises and in control of same.

I further find that the affiant has established probable cause to believe that to knock and announce their purpose by the officers executing this warrant would be futile, dangerous, and otherwise inhibit the effective investigation of the offense or offenses related to the purpose of this warrant. Therefore, unless circumstances to the contrary are discovered prior to entry, you are hereby authorized to dispense with the usual requirement that you knock and announce your purpose before entering the suspected place to execute this warrant.

Herein fail not, but have you then and there this Warrant within three days, exclusive of the day of its issuance and the day of its execution, with your return thereon, showing how you have executed same.

Issued this the 19 day of March, 2013, at 2:55 o'clock P. M., to certify which witness my hand this day.

Houston,
Harris COUNTY, TEXAS

ERIC HAGSTETTE
Harris County Criminal Law
Hearing Officer
Harris County, Texas

FILED
Chris Daniel
District Clerk
APR 18 2013
Time: ______
By C. Rodriguez Harris County, Texas
Deputy

COH003984BERNARD