# EXHIBIT B
# AFFIDAVIT FOR SEARCH AND ARREST WARRANT

HE STATE OF TEXAS

OUNTY OF Harris

## AFFIDAVIT FOR SEARCH AND ARREST WARRANT
**{Article 18.02(1)-(9), Texas Code of Criminal Procedure}**

EFORE ME, THE UNDERSIGNED AUTHORITY PERSONALLY APPEARED THE FFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING ULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS AND CCUSATIONS:

My name is Officer Gerald Goines and I am commissioned as a peace officer by ıe Houston Police Department.

1. There is in Houston, Harris County, Texas, a suspected place and premises escribed and located as follows: a one story residence located at "6725 Sherwood rive". The above location is located in Houston, Harris County, Texas. The residence constructed of tan color wood with yellow trim. The residence is located on the east Sherwood Drive. The intersecting streets are Yellowstone Blvd and Ward. The front oor faces west. The numbers "6725" are plainly displayed on the residence. The oove location in question is located in the 6700 block of Sherwood Drive. The most ommon address to the above location in question is "6725 Sherwood Drive", Houston, arris County, Texas". Said suspected place, in addition to the foregoing description, so includes all other buildings, structures, and places on said premises and within the ırtilage, if said premises is a residence, that are found to be under the control of the ıspected party named below and in, on, or around which said suspected party may asonably reposit or secrete property that is the object of the search requested herein.

2. Said suspected place is in the charge of and controlled by each of the llowing named and/or described suspected parties (hereafter called "suspected party," ıether one or more), to wit: a black male, who is known by Dominick Benard. A date birth of [redacted]. He is approximately forty (40) years of age, five feet ten inches '10") in height and two hundred (200) pounds in weight. His skin complexion is dark own. The individual is accused of an offense against the law of the State, namely ossession of a substance, namely marijuana. You may arrest others for the same fense who are unknown to the affiant but found to be occupants of said premises and control of same.

3. It is the belief of affiant that said suspected party has possession of and is ncealing at said suspected place in violation of the laws of the State of Texas the lowing property: a drug, controlled substance, immediate precursor, chemical ecursor, or other controlled substance property, including an apparatus or raphernalia kept, prepared, or manufactured in violation of the laws of this state, to t: marijuana.

4. Affiant has good reason to believe, does believe, and hereby charges and cuses that on or about 03/18/2013 in Harris County, Texas, the suspected party mmitted an offense against the laws of the State of Texas, to wit, Possession of a bstance, namely marijuana. On said date and at said place, the suspected parties

,did then and there intentionally and knowingly possess a substance, believed and referred to as marijuana.

5. Affiant has probable cause for said belief by reason of the following facts and circumstances: On March 18, 2013, a narcotic investigation was being conducted at "6725 Sherwood Drive", Houston, Harris County, Texas". The above male known by "Dominick Benard", was under investigation by officers of the narcotic division. On March 18, 2013, Your Affiant was contacted by the below confidential informant regarding the above location mentioned above. Your Affiant met with the confidential informant to further this narcotic investigation which was being conducted at the above location in question. The confidential informant was met at a pre-determined location to assist officers of the narcotic division with this investigation. The confidential informant was searched and found clear of any narcotics and or paraphernalia. The confidential informant then advised officers that at the above location, narcotics were being sold and stored. Surveillance was placed on the above location by narcotic officers. The confidential informant went to the above location of "6725 Sherwood Drive". After a period of time, the confidential informant returned directly back to your Affiant. Your Affiant was advised by the confidential informant that green leafy substance was observed at the location above described as "6725 Sherwood Drive". The substance was referred to as "weed" by the above male known as "Dominick". The term "weed" is a street slang for "marijuana". The confidential informant also observed the above male known as "Dominick Benard", to sell portions of the green leafy substance to persons unknown in the presence of the confidential informant. The confidential informant advised that the above male known as "Dominick Benard", was in control of the substance, referred to as "weed", and the above residence.

The confidential informant also observed a weapon at the location during this narcotic transaction. The weapon was on the porch area. The confidential informant did advise that the weapon and narcotics were in the care, custody and control of the above male known as "Dominick Benard".

The above confidential informant advised officers that the green leafy substance referred to as "weed", was observed at "6725 Sherwood Drive", within the last twenty-four (24) hours of this date. The confidential informant advised that the above male known as "Dominick Benard", had additional substance for sell. The confidential informant also advised that the weapon observed at the above location was a semi-auto hand gun.

The confidential informant did advised your Affiant, that the above male known as "Dominick Benard", was in care, custody and control of the above substance referred to as "weed". The confidential informant advised that the above male known as "Dominick Benard" informed that additional substance was for sell. The confidential informant did observed a weapon (semi-auto handgun). The confidential informant has provided information and assistance to officers in the past on at least five (5) prior occasions which has lead to narcotic arrests and seizures. The confidential informant has proved to be creditable and reliable on prior occasions. Officers have made arrests and seized narcotics based on information and assistance provided by the confidential informant in the past.

6. Affiant requests authorization to enter the suspected place and premises afterwards first knocking and announcing the presence and purpose of officers executing the warrant sought herein. As probable cause to believe that such knocking and announcing would be dangerous, futile, or would inhibit the effective investigation of the offense described in this Affidavit, affiant submits that the following facts and circumstances: the above male known as "Dominick Benard" and more fully described above was observed at 6725 Sherwood Drive, Houston, Harris County, Texas. A substance, namely marijuana was observed at the above location by your confidential informant. A weapon was observed during the narcotic transaction to another unknown person. Your Affiant believe that the weapon is being kept at the same location where the narcotics are being stored. Based on your Affiant's experience, that when weapons are used or displayed at a narcotic transaction, it is there for the protection of the narcotics, and or to buy time so that the narcotics may be destroyed.

Wherefore, affiant asks for issuance of a warrant that will authorize affiant and other peace officers to search said suspected place and premises for the property described above and seize same, and to arrest and search each suspected party named and described herein and others unknown to affiant found to be occupants of and in control of said premises.

GERALD GOINES — Affiant's Printed Name

GERALD GOINES — Affiant's Signature

[redacted] — Empl #

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS 19th DAY OF MARCH, 2013.

ERIC HAGSTETTE
Harris County Criminal Law
Hearing Officer
Harris County, Texas

Title Of Magistrate
HARRIS COUNTY, TEXAS

FILED
Chris Daniel
District Clerk

APR 18 2013

Time: ____

By [illegible]
Harris County, Texas
Deputy