**EXHIBIT C**

**SWORN STATEMENT OF OFFICER F. RODRIGUEZ**

## HOUSTON POLICE DEPARTMENT

**Homicide Division**

**WITNESS STATEMENT**

Incident Number: 33958813-P

County of Harris State of Texas

Date: 3/20/2013 Time: 1:57 AM

Before me, the undersigned authority, this day, personally appeared Ferdinand Rodriguez Jr, a Police Officer believed by me to be a credible person, who after being sworn upon his oath, did depose and say:

My name is Ferdinand Rodriguez Jr. My payroll number is and my badge number is I am a Police Officer and I am assigned to the on the Day shift. My office telephone number i: My duty weapon is a , serial number . My duty weapon did discharge.

On 03-19-2013 at 2035 hours, I executed a Narcotics Search Warrant along with members of my squad at 6725 Sherwood Drive. I was running point in this search warrant, which means after the front door was breached, I was the first officer through the front door. I was using my city issued Rock River Lar-15 as my duty weapon upon entry. As the front door opened, I stepped in the threshold and observed two elderly people sitting in chairs along the left side of the living room. Just to the left of the elderly persons, I observed the suspect immediately move away from the elderly people. The suspect was initially facing me. As the officers in my squad announced our presence by yelling police, police, I ordered the suspect to show his hands. The suspect then turned to the right and began to move towards the kitchen which was towards the back of the house. As he turned towards the kitchen, he kept his hands in his waist band and looked over his left shoulder. While running towards the kitchen, I advanced forward towards the suspect as he continued to move away ignoring my commands. As I came through the living room and made my way towards the kitchen, I used the lighting system on my AR-15 to illuminate the suspect. The suspect then reached the threshold of the kitchen and quickly moved to the left out of my view. At this point fearing for my life and the lives of my squad members, I quickly moved my safety switch from "safe" to the "fire" position. I began to look for my first point of cover and concealment along the left side of the dining room. As I moved forward, the suspect then quickly came back out into my view turning towards me which was to his left as if he was going to engage me. He started to move his hands from his waistband in a very fast movement as if were pulling a weapon. Fearing for my life, I immediately raised my AR-15

I have read this portion of this, my statement, and find it to be true and correct to the best of my knowledge as typed by Ferdinand Rodriguez

Signature

Notary Public

R D BRIDGES
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 9/2/16

from the low ready to the ready position and immediately engaged the suspect. I shot my AR-15 one time and the suspect immediately fell to the ground back behind the wall on the other side of the threshold. I posted up on the opposite side of the wall and all I could see were the suspect's legs moving around on the ground. Officer Medrano, was immediately to my right on the other side of the threshold. Officer Medrano and I then talked with each other to confirm that the suspect was indeed shot. I continued to cover down on the suspect with my AR-15 as Officer Medrano and other squad members cleared the kitchen and the rest of the back of the house. After the residence was cleared, I moved the suspect and quickly checked his waistband. I did not find a weapon in the search of his waistband. I then got on the radio and notified members that a suspect was down and to notify EMS of the situation. Officers then administered first aid as I walked to the front door away from the suspect. The only weapon I fired was my AR-15 and it was only fired once. My Glock 22-C which is a remained in my holster and was never used.

**I understand that this statement is voluntary and not required by departmental policy. I have made this statement voluntarily and have read this, my statement, and find it to be true and correct to the best of my knowledge as typed by FerdinandRodriguez.**

Signature

Subscribed and sworn to before me, the undersigned authority, this the 20th day of MARCH, 2013.

Notary Public

End of statement of FerdinandRodriguez.

NOTARY PUBLIC STATE OF TEXAS
R D BRIDGES
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP 9/2/15

I have read this portion of this, my statement, and find it to be true and correct to the best of my knowledge as typed by Ferdinand Rodriguez

Signature

Notary Public