**EXHIBIT D1**

**TRAINING RECORDS FOR SGT. WILLIAM DAVIS**

# Houston Police Academy

*Certification Records for:*

**WILLIAM DAVIS**

SSN: [redacted]

Print Date 09/18/15 Effective Date of Records: 09/18/15 3:05:04AM

EMPL NO: [redacted] RACE W DOB: [redacted]

STATUS: A SEX: M DL NO: 8

DATE OF COMMISSION: 09/27/95 CLASSIFICATION: Classified

CADET CLASS: 163 OVERALL CLASS STANDING: 9 EDUCATION DIPLOMA: High School

COLLEGE HOURS: 202 DEGREE MAJOR: PUBLIC ADMINISTRAT HOURS WITH D OR F: 0

CURRENT DEGREE: MASTER VETERAN: No

RANK: POLICE SERGEANT TCLEOSE INSTRUCTOR: No

INTERMEDIATE CERT. DATE: 04/05/97 ADVANCED CERT. DATE: 06/22/01 MASTER CERT. DATE 05/24/04

**TCLEOSE**

| | |
|---|---|
| CERTIFICATION: | TCLEOSE-MASTERS |
| TRAINING HOURS: | 2511 |
| POINTS: | 6551 |
| YEARS OF SERVICE: | 20.45 |

**HPD**

| | |
|---|---|
| CERTIFICATION: | HPD-LEVEL III |
| TRAINING HOURS: | 3121 |
| POINTS: | 312 |
| YEARS OF SERVICE | 19.99 |

**For 2015 you currently have 0 hours of in-service training!**

## COLLEGE EDUCATION:

| College | Major | Degree | Hours | D's |
|---|---|---|---|---|
| University of St. Thomas | Liberal Arts | Master | 36 | 0 |
| University of Houston-Downtown | Public Administration | Master | 38 | 0 |
| Southwest Texas State University | Spanish | B.S. | 109 | 0 |
| Houston Community College | Unknown | Unknown | 3 | 0 |
| Trinity Christian College | Unknown | Unknown | 16 | 0 |

## PRIOR DEPARTMENTS:

| Department Name | Start Date | End Date |
|---|---|---|

## TRAINING CLASSES

| Course | End Date | Training Hours | TCLEOSE Approved |
|---|---|---|---|
| Driving Code One Through Intersections | 8/28/15 | 0 | No |
| Supervisor Approval and Completing UA Reports | 8/28/15 | 0 | No |
| Incorrect Incident Number | 8/14/15 | 0 | No |
| Enhancing Customer Service - Calls for Service | 8/10/15 | 0 | No |
| Enhancing Customer Service - Telephone Etiquette | 8/10/15 | 0 | No |
| Enhancing Customer Service - Traffic Stops | 8/10/15 | 0 | No |
| Enhancing Customer Service - Treatment of Citizens | 8/10/15 | 0 | No |
| HPD Cybersecurity Part 2 | 8/10/15 | 0 | No |
| HPD Cybersecurity Part 3 | 8/10/15 | 0 | No |

-

| | | | |
|---|---|---|---|
| HPD Cybersecurity Part 4 | 8/10/15 | 0 | No |
| OLO Importing | 8/10/15 | 0 | No |
| HPD Recruiting | 4/15/15 | 0 | No |
| Message from the Chief - Professionalism | 4/15/15 | 0 | No |
| Open Carry | 4/15/15 | 0 | No |
| Video Remote Interpreting (VRI) System v.2 | 4/15/15 | 0 | No |
| 3SI Security System Tracking Device | 4/1/15 | 0 | No |
| CSMART Software System | 4/1/15 | 0 | No |
| Physical Agility Test (Tracking Only) | 1/23/15 | 0 | No |
| FEMA IS-700.a National Incident Management System | 1/16/15 | 3 | Yes |
| FEMA IS-100.b Intro to the Incident Command System | 1/13/15 | 3 | Yes |
| FEMA ICS-200 - For Single Resources and Initial Ac | 1/12/15 | 3 | Yes |
| Narcotics/ Firearms Proficiency Exam | 1/7/15 | 8 | Yes |
| Budgets and Mitigation of Issues | 1/6/15 | 4 | Yes |
| Reasonable Suspicion/Probable Cause/Plea Bargainin | 11/6/14 | 8 | Yes |
| Conducted Energy Devices-Weapon | 11/4/14 | 8 | Yes |
| Organizational Change and Disciplinary Process Upd | 10/21/14 | 8 | Yes |
| Narcotics Tactical Firearms Training | 10/2/14 | 8 | Yes |
| The Will to Live and Foot Pursuits | 9/30/14 | 8 | Yes |
| Intelligence/Military and Police Challenges and Su | 9/22/14 | 8 | Yes |
| Self Aid - Buddy Aid | 9/15/14 | 8 | Yes |
| Radio Updates | 8/22/14 | 0 | No |
| Narcotics / Virtual Reality Training | 7/30/14 | 4 | Yes |
| DWI Task Force Overview | 7/17/14 | 0 | No |
| Message from the Chief - RMS | 6/6/14 | 0 | No |
| Police Personnel System (PPS) Overview | 6/6/14 | 0 | No |
| RMS Investigation Training | 5/20/14 | 8 | Yes |
| RMS Mobile Com End User Training | 5/3/14 | 24 | Yes |
| Narcotic Warrant Execution Refresher | 3/27/14 | 0 | No |
| HPD at Work - Public Affairs Division | 3/7/14 | 0 | No |
| HPD Cybersecurity Part 1 | 3/7/14 | 0 | No |
| Precious Metal Unit | 3/7/14 | 0 | No |
| Seat Belt Video | 3/7/14 | 0 | No |
| Video Remote Interpreting (VRI) System | 2/7/14 | 0 | No |
| Narcotics/ Firearms Proficiency Exam | 1/15/14 | 8 | Yes |
| Physical Agility Test (Tracking Only) | 1/14/14 | 0 | No |
| Legal Update and Courtroom Testimony/Depositions | 1/8/14 | 8 | Yes |
| Tracking Device Legal Updates | 12/30/13 | 0 | No |
| Proper Use of the Clearing Barrel | 11/25/13 | 0 | No |
| Post Critical Incident Intervention Training | 10/17/13 | 2 | Yes |
| Driving Safety and Pursuit Refresher | 10/14/13 | 8 | Yes |
| CJIS Compliance Security Awareness | 9/27/13 | 1 | Yes |
| Electronic Vehicle Pursuit Form | 9/27/13 | 0 | No |
| Metal Theft Unit/Precious Metal Unit | 9/27/13 | 0 | No |
| P.R.E.A. - Prison Rape Elimination Act of 2003 | 9/27/13 | 0 | No |
| Narcotics-Noise Flash Diversionary Device - Recert | 9/23/13 | 4 | Yes |
| Narcotics Undercover Vehicle Operations | 9/5/13 | 8 | Yes |
| HPD at Work - Vehicular Crimes Division | 8/30/13 | 0 | No |
| Houston Center for Sobriety | 8/8/13 | 0 | No |
| Advanced 4th Amendment for Investigators | 6/18/13 | 8 | Yes |
| Narcotics Survival School | 4/5/13 | 40 | Yes |

-

| | | | |
|---|---|---|---|
| Narcotics Investigator School 40 Hr | 3/29/13 | 40 | Yes |
| Social Media and Community Awareness | 3/14/13 | 8 | Yes |
| Excited Delirium | 3/5/13 | 4 | Yes |
| Sovereign Nation | 3/5/13 | 4 | Yes |
| Narcotics Tactical Firearms Training | 2/5/13 | 8 | Yes |
| Bath Salts | 2/1/13 | 0 | No |
| Eyewitness Identification HB 215 | 1/29/13 | 8 | Yes |
| Narcotics Diversionary Device Flash bang Operator | 1/15/13 | 8 | Yes |
| Physical Agility Test (Track Only) | 1/15/13 | 0 | No |
| Decision Making and Integrity 2012-2013 | 1/14/13 | 8 | Yes |
| Organizational Culture Change | 1/9/13 | 0 | No |
| Contemporary Leadership Challenges for Major City | 12/6/12 | 2 | Yes |
| CCH Criminal History Inquiries (CHRI) | 11/17/12 | 0 | No |
| Seat Belt Extender | 11/2/12 | 0 | No |
| Administrative Procedure 3-20 (HEAR) | 10/2/12 | 1 | Yes |
| 2012 Lieutenant's Promotional Exam | 8/10/12 | 40 | Yes |
| Mobile Data Computer | 6/1/12 | 0 | No |
| NGT LOW LGT CLSE PROXIM STRESSFIRE | 5/10/12 | 8 | Yes |
| Physical Agility Test (Track Only) | 1/6/12 | 0 | No |
| Advanced Leadership Trn Sgt - Lt | 12/13/11 | 8 | Yes |
| Decision Mkg Integrity - Supervisors 2012 | 11/7/11 | 8 | Yes |
| Human Trafficking | 10/12/11 | 4 | Yes |
| State and Federal Law Update 2012 | 10/12/11 | 4 | Yes |
| Hope Contract Mandatory Training | 10/7/11 | 2 | Yes |
| Police Community Awareness - DDC | 10/5/11 | 8 | Yes |
| Divisional Unit Updates | 2/25/11 | 8 | Yes |
| CID-TCIC Security Awareness | 2/17/11 | 8 | Yes |
| Leadership for Supv Sgt's Above | 1/24/11 | 8 | Yes |
| Physical Agility Test (Track Only) | 1/24/11 | 0 | No |
| Off Safety-High Risk Tact Uniform | 1/18/11 | 8 | Yes |
| Decision Making and Integrity-Supervisors | 1/13/11 | 8 | Yes |
| Extra Employment Clubs | 5/28/10 | 4 | Yes |
| CIT Update/Suicide Prevention/Houston Hospice | 1/13/10 | 8 | Yes |
| Police Handgun Semi-Auto Pistol | 1/11/10 | 8 | Yes |
| CID Legal Aspects of I and I | 1/7/10 | 8 | Yes |
| Penal Code Update/CPR/Haz Communication | 1/6/10 | 8 | Yes |
| Physical Agility Test (Track Only) | 1/5/10 | 0 | No |
| Strategic Response/Decision Making 2010 | 1/5/10 | 8 | Yes |
| Correspondence/Performance Budgets-Sgt/Lt/Equiv | 1/4/10 | 8 | Yes |
| Strategic Response/Decision Making 2010 | 9/22/09 | 8 | Yes |
| TCIC-NCIC LTFA Recert 2009 | 6/1/09 | 0 | No |
| Effective Evaluation - JPR 8 hr | 3/30/09 | 8 | Yes |
| Report Writing/Evidence Control | 2/12/09 | 8 | Yes |
| Decision Making And Integrity | 2/5/09 | 8 | Yes |
| Depart Program Update/DDC | 1/29/09 | 8 | Yes |
| Response to Active Shooter | 1/27/09 | 16 | Yes |
| Probable Cause, Search and Safety | 1/22/09 | 8 | Yes |
| Physical Agility Test (Track Only) | 1/21/09 | 0 | No |
| Special Investigative Topics | 1/21/09 | 8 | Yes |
| Ethics Mandatory 2008 | 8/13/08 | 8 | Yes |
| HOPE Contract Training | 6/23/08 | 3 | Yes |



COH003990BERNARD

-

| | | | |
|---|---|---|---|
| New HPD Sergeant Orientation Course | 3/20/08 | 24 | Yes |
| TCLEOSE New Supervisor Course | 3/17/08 | 24 | Yes |
| Operational WMD Response for Law Enforcement | 1/8/08 | 16 | Yes |
| Gang Tracker Mandatory 2008 | 1/4/08 | 4 | Yes |
| Cultural Diversity 2008 | 10/15/07 | 4 | Yes |
| Special Investigative Topics 3232 | 10/15/07 | 4 | Yes |
| Narcotics Concealed Weapons | 10/10/07 | 8 | Yes |
| Firearm Shooting Investigations | 8/31/07 | 8 | Yes |
| NCIC/TCIC Biannual Recertification 2007 | 8/1/07 | 0 | Yes |
| Intermediate Crisis Intervention Training | 5/2/07 | 16 | Yes |
| Mandatory Training 2007 | 10/20/06 | 8 | Yes |
| Prevention and Deterrence of Terrorists Acts | 5/26/06 | 8 | Yes |
| Law Enforcement Response Actions (LERA) | 5/4/06 | 8 | Yes |
| Money Laundering Investigations | 3/9/06 | 24 | Yes |
| Mandatory Training 2006 | 12/7/05 | 8 | Yes |
| NIMS Introduction - IS 100 / 700 | 10/3/05 | 8 | Yes |
| 2006 Mandatory Tactical Training | 9/1/05 | 8 | Yes |
| Bomb Component Recognition | 4/1/05 | 4 | Yes |
| Identity Theft 2005 | 4/1/05 | 4 | Yes |
| Narctic Weapon Familiarization | 2/23/05 | 8 | Yes |
| Narc/Firearms Proficiency Exam | 1/12/05 | 8 | Yes |
| NCIC/TCIC Biannual Recert 2005 | 1/3/05 | 0 | Yes |
| Mandatory 2005 (Off. Safety/Union/CIT) | 12/2/04 | 12 | Yes |
| Taser Training 2005 | 12/2/04 | 4 | Yes |
| Narcotics Concealed Weapons | 10/12/04 | 8 | Yes |
| Narcotics Vehicle Assault and Officer Rescue | 6/10/04 | 8 | Yes |
| Courtroom Testimony | 5/26/04 | 8 | Yes |
| Cultural Diversity 3939 | 4/6/04 | 4 | Yes |
| Special Investigative Topics 2004 | 4/6/04 | 4 | Yes |
| Narcotics Building Search Tactics | 2/5/04 | 8 | Yes |
| Rolling Surveillance Techniques | 11/19/03 | 16 | Yes |
| Narctic Weapon Familiarization | 10/16/03 | 8 | Yes |
| Mandatory 2004- Classified | 10/6/03 | 8 | Yes |
| The Dilemma of Ethics | 6/11/03 | 8 | Yes |
| Narctic Weapon Familiarization | 5/29/03 | 8 | Yes |
| Officer Mandatory TY 03 | 5/20/03 | 8 | Yes |
| Highway Drug Investigations | 5/7/03 | 16 | Yes |
| Current Drug Trends | 5/5/03 | 8 | Yes |
| Narcotics Concealed Weapons | 3/25/03 | 8 | Yes |
| NCIC/TCIC Biannual Recert 2002 | 1/1/03 | 0 | Yes |
| Narcotics/Reactive Shooting | 12/5/02 | 4 | Yes |
| Narcotics Update | 7/25/02 | 8 | Yes |
| Use of Cover and Concealment | 5/29/02 | 8 | Yes |
| Narcotics Concealed Weapons | 3/27/02 | 8 | Yes |
| Asset Forfeiture (TCLEOSE) | 2/26/02 | 2 | Yes |
| Distance E-Learning | 2/26/02 | 2 | Yes |
| Racial Profiling | 2/26/02 | 4 | Yes |
| Narctic Weapon Familiarization | 1/14/02 | 4 | Yes |
| Narctic Weapon Familiarization | 11/27/01 | 4 | Yes |
| Advanced Communication Skills | 10/19/01 | 8 | Yes |
| Diminsh Light Reactive Drill | 9/27/01 | 4 | Yes |



COH003991BERNARD

| | | | |
|---|---|---|---|
| Narcotics Update 2000 | 5/24/01 | 8 | Yes |
| Narcotics/Reactive Shooting | 4/2/01 | 4 | Yes |
| Mandatory 2001 Day 2 | 3/13/01 | 8 | Yes |
| Mandatory 2001 Day 1 | 3/12/01 | 8 | Yes |
| Narc: Raid Plan/Warrant Entry | 2/28/01 | 8 | Yes |
| Mandatory 2000/De-escalation Techs. | 10/27/00 | 8 | Yes |
| Defensive Driving Mandatory | 10/26/00 | 4 | Yes |
| Mandatory Animal Cruelty | 10/26/00 | 4 | Yes |
| Cultural Diversity 2000 | 10/25/00 | 4 | Yes |
| SIT Mandatory 2000 | 10/25/00 | 4 | Yes |
| Narc/Firearms Proficiency Exam | 9/5/00 | 4 | Yes |
| Courtroom Testimony | 5/5/00 | 16 | Yes |
| Narcotics/Reactive Shooting | 4/25/00 | 4 | Yes |
| Narcotics Update 2000 | 2/4/00 | 8 | Yes |
| NCIC/TCIC Biannual Recert 2000 | 1/26/00 | 0 | No |
| Narcotics Survival School | 1/14/00 | 40 | Yes |
| Basic Narcotics Investigations | 1/7/00 | 40 | Yes |
| International Terrorism | 11/10/99 | 16 | Yes |
| Personnel Issues 1999 | 5/14/99 | 8 | Yes |
| Mandatory/Spec. Inv. Topics 1999 | 5/13/99 | 8 | Yes |
| Mandatory/WOMD/Labor Rel.1999 | 5/12/99 | 8 | Yes |
| Auto/Home Fraud Indicators | 10/27/98 | 8 | Yes |
| OC-Spray | 9/22/98 | 4 | Yes |
| Cultural Diversity/Mand.Train. | 8/26/98 | 8 | Yes |
| TCIC/NCIC Mandatory Training | 8/5/98 | 8 | Yes |
| Forgery Investigations | 6/17/98 | 8 | Yes |
| Narc/Firearms Proficiency Exam | 2/5/98 | 4 | Yes |
| Arrest/Search/Seizure (Intermediate) | 7/8/97 | 60 | Yes |
| Child Abuse Prev/Inv (Intermediate) | 7/8/97 | 60 | Yes |
| Crime Scene Investigation (Intermediate) | 7/8/97 | 60 | Yes |
| Use of Force (Intermediate) | 7/8/97 | 60 | Yes |
| Mandatory Training 1997 | 6/18/97 | 16 | Yes |
| Intermediate Robbery Invest | 4/22/97 | 8 | Yes |
| Basic Use of Confidential Informants | 4/15/97 | 8 | Yes |
| Basic Dead Man Investigation | 4/14/97 | 8 | Yes |
| Emergency Vehicle Driving | 3/23/97 | 0 | No |
| Asian Gangs | 12/10/96 | 8 | Yes |
| Off Health Risk Awareness | 10/18/96 | 8 | Yes |
| Enforcement of Tobacco Laws | 10/8/96 | 8 | Yes |
| Mandatory Training-1996 | 9/26/96 | 16 | Yes |
| Arrest/Search/Seizure (Intermediate) | 9/27/95 | 0 | Yes |
| Basic Peace Officer | 9/27/95 | 987 | Yes |
| Child Abuse Prev/Inv (Intermediate) | 9/27/95 | 0 | Yes |
| Crime Scene Investigation (Intermediate) | 9/27/95 | 0 | Yes |
| Use of Force (Intermediate) | 9/27/95 | 0 | Yes |
| TCLEOSE Transfer Hours | 12/6/94 | 610 | No |