**EXHIBIT E**

**SUPPLEMENTAL REPORT BY NARCOTICS SQUAD 15**

EVIDENCE WAS TAGGED-N LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N

Supplement entered by =
Date cleared- 03/21/13

---

No-0010

Offense- INVESTIGATION (HOMICIDE)

Street location information

Number- 6725 Name-SHERWOOD Type-DR Suffix-
Apt no- Name-YELLOWSTONE Type-BLVD Suffix-
Date of offense-03/19/13 Date of supplement-03/20/13
Compl(s) Last-STATE OF TEXAS First- Middle-

Recovered stolen vehicles information

Recovery location- District- Beat- 00
Stored- by-
Officer1-M ZAPATA Emp#- Shift-1 Div/Station-NARC

SUPPLEMENT NARRATIVE

*** SYSTEM GENERATED DATA - LAST UPDATE: 03/20/13 15:35 ***

INTRODUCTION

OFFICERS ASSIGNED TO HOUSTON POLICE DEPARTMENT NARCOTICS GENERAL ENFORCEMENT SQUAD #15 TOOK CARE, CUSTODY, AND CONTROL OF SCENE WHERE A OFFICER INVOLVED SHOOTING TOOK PLACE. OFFICERS TOOK CONTROL OF THE SCENE AND PROCESSED THE SCENE ONCE ALLOWED ACCESS. AS A RESULT OF THIS INVESTIGATION OFFICERS SEIZED APPROXIMATELY 122.42 GRAMS OF PCP, 1.02 GRAMS OF MARIJUANA, ONE SHOT GUN, AND ONE HAND GUN.

SCENE SUMMARY

THE SCENE OF THE INVESTIGATION TOOK PLACE AT 6725 SHERWOOD DR WHICH IS LOCATED INSIDE THE CITY LIMITS OF HOUSTON, HARRIS COUNTY, TEXAS. THE INVESTIGATION TOOK PLACE DURING NIGHT TIME HOURS THEREFORE THE LIGHTING WAS PROVIDED BY STREET LIGHTS. THE WEATHER WAS WARM AND CLEAR.

DETAILS OF THE OFFENSE

ON 3/19/2013 OFFICERS WITH HPD NARC SQUAD #15 ARRIVED ON A SCENE WHERE A OFFICER INVOLVED SHOOTING TOOK PLACE. OFFICERS PROCESSED THE SCENE.

CASE AGENT/UC OFFICER
M ZAPATA
N ASHRAFT
C PENA

NARC K9 OFFICER
B KING

SUPERVISOR

SGT YENCHA

OFFICER ZAPATA WAS CONTACTED BY SGT YENCHA WHO ADVISED HIM TO HEAD TO LOCATION WHERE A NARCOTIC OFFICER WAS INVOLVED IN A SHOOTING. SGT YENCHA ADVISED OFFICER ZAPATA THAT THE LISTED OFFICERS ABOVE WOULD PROCESS THE SCENE ONCE ALLOWED ACCESS. OFFICER ZAPATA MET WITH OFFICER GOINES WHO WAS THE CASE AGENT ON THE SEARCH WARRANT. OFFICER ZAPATA OBTAINED ALL NECESSARY INFORMATION FROM OFFICER GOINES.

OFFICER KING RAN HIS NARCOTIC K9 "DEE" ON THE EXTERIOR AND INTERIOR OF THE RESIDENCE. OFFICER KING'S K9 DID NOT ALERT ON ANY ODOR AT THE RESIDENCE. OFFICERS SEARCHED THE REAR OF THE RESIDENCE. SGT YENCHA FOUND A WHITE PLASTIC GROCERY BAG LOCATED IN FRONT OF A SHED IN THE BACK YARD. THE BAG WAS LOCATED UNDER A LOOSE CEMENT STEP. IN THE BAG WAS THREE BROWN VIAL'S WHICH CONTAINED PCP WEIGHING APPROXIMATELY 86.89 GRAMS.

INSIDE THE RESIDENCE OFFICER PENA AND OFFICER ZAPATA SEARCHED THE LAUNDRY ROOM. OFFICER PENA OBSERVED A BLACK BACKPACK THAT WAS SITTING ON A SHELF ABOVE THE WASHER. OFFICER PENA SMELLED STRONG ODOR COMING FROM THE BAG. OFFICER PENA OPENED THE BACK PACK AND OBSERVED 15 BROWN VIAL'S THAT CONTAINED PCP RESIDUE WEIGHING APPROX .01 GRAMS. IN THE SAME BACK PACK WAS A ALCOHOL BOTTLE THAT ALSO CONTAINED PCP LIQUID WEIGHING APPROXIMATELY 35.53 GRAMS. IN THE CORNER OF THE LAUNDRY ROOM OFFICER ZAPATA OBSERVED A BROWN SHOE BOX. IN THE SHOE BOX WAS A DIGITAL SCALE AND LOOSE MARIJUANA WEIGHING APPROXIMATELY 1.02 GRAMS. OFFICERS CONTINUED TO SEARCH IN THE LAUNDRY ROOM OBSERVING A SHOTGUN THAT WAS LOCATED BEHIND THE DOOR.

SGT YECHA SEARCHED THE HALL CLOSET FINDING ONE BROWN AND ONE WHITE VIAL CONTAINING PCP RESIDUE LOCATED IN A MENS YELLOW JACKET. THE BOTTLES WERE IN THE POCKET ON THE JACKET WEIGHING .01 GRAMS. SGT YENCHA OBSERVED A SMALL SAFE LAYING ON THE FLOOR IN THE HALL CLOSET. SGT YENCHA OPENED THE SAFE AND OBSERVED TWO MORE BROWN VIAL'S THAT CONTAINED PCP RESIDUE WEIGHING .01 GRAMS.

OFFICERS CONTINUED TO SEARCH THE RESIDENCE. SGT YENCHA FOUND A SMALL PISTOL LOCATED IN A SHOE BOX, IN THE CLOSET IN THE BACK BEDROOM. THE BEDROOM BELONGED TO A YOUNG GIRL. THE ROOM WAS PINK IN COLOR.

OFFICER ASHRAFT TOOK PICTURES OF ALL CONTRABAND FOUND ON THE SCENE. OFFICER ZAPATA OBTAINED CARE, CUSTODY, AND CONTROL OF ALL CONTRABAND FOUND ON SCENE UNTIL TAGGED INTO THE NARC LOCK BOX LOCATED AT 1200 TRAVIS. OFFICER PENA TAGGED THE FIRE ARMS AND OTHER ITEMS INTO THE HPD PROPERTY ROOM.

OFFICE INVESTIGATION

OFFICERS TAGGED CONTRABAND, COMPLETED PAPER WORK, AND COMPLETED THIS SUPPLEMENT.

REAL EVIDENCE

ARTICLE #1

| | |
|---|---|
| DESCRIPTION | BROWN VIAL'S CONTAINING PCP APPROX 86.69 GRAMS IN WHITE GROCERY BAG (BACK YARD) |
| DATE | 3/20/2013 |
| LOCATION | 6725 SHERWOOD DR |

RECOVERED BY SGT YENCHA

DISPOSITION TAGGED INTO THE HPD NARC LOCK BOX LOCATED AT 1200 TRAVIS BY OFFICER ZAPATA

ARTICLE #2

DESCRIPTION ONE ALCOHOL BOTTLE CONTAINING PCP APPROX 35.53 GRAMS (LAUNDRY ROOM BACK PACK)

DATE 3/20/2013

LOCATION 6725 SHERWOOD DR

RECOVERED BY OFFICER PENA

DISPOSITION TAGGED INTO THE HPD NARC LOCK BOX LOCATED AT 1200 TRAVIS BY OFFICER ZAPATA

ARTICLE #3

DESCRIPTION 15 BROWN VIAL'S CONTAINING PCP RESIDUE .01 GRAMS (LAUNDRY ROOM BACK PACK)

DATE 3/20/2013

LOCATION 6725 SHERWOOD DR

RECOVERED BY OFFICER PENA

DISPOSITION TAGGED INTO THE HPD NARC LOCK BOX LOCATED AT 1200 TRAVIS BY OFFICER ZAPATA

ARTICLE #4

DESCRIPTION 2 BROWN VIAL'S CONTAINING PCP RESIDUE .01 GRAMS (HALL CLOSET IN SAFE)

DATE 3/20/2013

LOCATION 6725 SHERWOOD DR

RECOVERED BY SGT YENCHA

DISPOSITION TAGGED INTO THE HPD NARC LOCK BOX LOCATED AT 1200 TRAVIS BY OFFICER ZAPATA

ARTICLE #5

DESCRIPTION 1 BROWN AND 1 CLEAR VIAL CONTAINING PCP RESIDUE APPROX .01 GRAMS (HALL CLOSET JACKET)

DATE 3/20/2013

LOCATION 6725 SHERWOOD DR

RECOVERED BY SGT YENCHA

DISPOSITION TAGGED INTO THE HPD NARC LOCK BOX LOCATED AT 1200 TRAVIS BY OFFICER ZAPATA

ARTICLE #6

| | |
|---|---|
| DESCRIPTION | MARIJUANA WEIGHING APPROX 1.02 GRAMS (LAUNDRY ROOM) |
| DATE | 3/20/2013 |
| LOCATION | 6725 SHERWOOD DR |
| RECOVERED BY | OFFICER ZAPATA |
| DISPOSITION | TAGGED INTO THE HPD NARC LOCK BOX LOCATED AT 1200 TRAVIS BY OFFICER ZAPATA |

CASE CLOSED.......................................................................

GUNS

GUN SUPPL#-01 DISPOSITION-RECOVERED & TAGGED COMPLAINANT NO-
MAKE-KEL-TEC TYPE-PISTOL, SEMIAUTOMATIC
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED.
SERIAL NO-HG042 CALIBER-380 CAL VALUE- .
MODEL-P3AT HCIC MISC-
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .
NOTE: ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN THIS SCREEN
BB GUNS ENTRY IS IN ARTICLE SCREEN.

---

GUNS

GUN SUPPL#-02 DISPOSITION-RECOVERED & TAGGED COMPLAINANT NO-
MAKE-REMINGTON ARMS CO INC TYPE-SHOTGUN, PUMP ACTION
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED.
SERIAL NO-113974V CALIBER-12 GAUGE VALUE- .
MODEL-870 WINGMAS HCIC MISC-
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .
NOTE: ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN THIS SCREEN
BB GUNS ENTRY IS IN ARTICLE SCREEN.

---

GUNS

GUN SUPPL#-03 DISPOSITION-RECOVERED & TAGGED COMPLAINANT NO-
MAKE-PMC CARTRIDGES TYPE-AMMUNITION
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED.
SERIAL NO- CALIBER-380 VALUE- .
MODEL- HCIC MISC- 50 UNFIRED ROUNDS
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .

NOTE: ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN THIS SCREEN
BB GUNS ENTRY IS IN ARTICLE SCREEN.

---

GUNS

GUN SUPPL#-04 DISPOSITION-RECOVERED & TAGGED COMPLAINANT NO-
MAKE-WINCHESTER SUPER X TYPE-AMMUNITION
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED.
SERIAL NO- CALIBER-.22 VALUE- .
MODEL- HCIC MISC-12 UNFIRED ROUNDS
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .
NOTE: ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN THIS SCREEN
BB GUNS ENTRY IS IN ARTICLE SCREEN.

---

ARTICLES

ARTICLE SUPPL#-01 DISPOSITION-EVIDENCE OF CRIME COMPLAINANT NO-
ITEM TYPE:NARCOTICS BRAND-PCP
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
(PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
(INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-3 BROWN VIALS CONTAINING PCP APPROX 86.89 GRAMS WRAPPED IN WHITE PLASTIC BAG.
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

ARTICLES

ARTICLE SUPPL#-02 DISPOSITION-EVIDENCE OF CRIME COMPLAINANT NO-
ITEM TYPE:NARCOTICS BRAND-PCP
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
(PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
(INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-ONE ALCOHOL BOTTLE CONTAINING PCP APPROX 35.53 GRAMS
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

ARTICLES

ARTICLE SUPPL#-03 DISPOSITION-EVIDENCE OF CRIME COMPLAINANT NO-
ITEM TYPE:NARCOTICS BRAND-PCP
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
(PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
(INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS

ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-15 BROWN VIALS CONTAINING PCP RESIDUE APPROX .01 GRAMS
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

ARTICLES

ARTICLE SUPPL#-04 DISPOSITION-EVIDENCE OF CRIME COMPLAINANT NO-
ITEM TYPE:NARCOTICS BRAND-PCP
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
(PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
(INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS
ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-2 BROWN VIALS CONTAINING PCP RESIDUE .01 GRAMS
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

ARTICLES

ARTICLE SUPPL#-05 DISPOSITION-EVIDENCE OF CRIME COMPLAINANT NO-
ITEM TYPE:NARCOTICS BRAND-PCP
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
(PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
(INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS
ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-1 BROWN AND 1 CLEAR VIAL CONTAINING PCP RESIDUE .01 GRAMS
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

ARTICLES

ARTICLE SUPPL#-06 DISPOSITION-EVIDENCE OF CRIME COMPLAINANT NO-
ITEM TYPE:NARCOTICS BRAND-MARIJUANA
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
(PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
(INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS
ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-LOOSE MARIJUANA APPROX 1.02 GRAMS
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

ARTICLES

ARTICLE SUPPL#-07 DISPOSITION-RECOVERED & TAGGED COMPLAINANT NO-
ITEM TYPE:DIGITAL SCALE BRAND-TANITA
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
(PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
MODEL-1140 SERIAL SUPPL#-
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:

(INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-ONE SCALE
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

ARTICLES

ARTICLE SUPPL#-08 DISPOSITION-RECOVERED & TAGGED COMPLAINANT NO-
ITEM TYPE:MAIL BRAND-NO BRAND/UNKNOW
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
(PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
(INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-YELLOW PIECE OF PAPER WITH SUSPECTS NAME ON IT FOUND IN RESIDENCE
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

ARTICLES

ARTICLE SUPPL#-09 DISPOSITION-RECOVERED & TAGGED COMPLAINANT NO-
ITEM TYPE:BACK PACK BRAND-NO BRAND/UNKNOW
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
(PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
(INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-BLACK BACK PACK WITH HOUSTON ASTROS LOGO ON IT
RECOVERY DATE-03/20/2013 RECOVERY VALUE- .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER VER-8.00-A

```
*********************************************************************
*  ENTRY DEVICE: HP 6005 325358                                     *
*  ENTRY FROM DATE-032013 TIME-1342  TO  DATE-032013 TIME-1535      *
*  TRANSFER DEVICE: HP 6005 325358 3EL WIN7              VER. 8.00-A*
*  TRANSFER DATE-032013 TIME-1538   LOAD DATE-032013 TIME-1537      *
*  LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 14        DIST-14  *
*********************************************************************
```

EVIDENCE WAS TAGGED-Y LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N

Supplement entered by =
e cleared- 03/21/13