# EXHIBIT G
# INFORMATION ON POSSESSION CHARGE

THE STATE OF TEXAS
VS.

**GEORGE RALPH BERNARD**
**6725 SHERWOOD DRIVE**
**HOUSTON, TX**

**01470166**

SPN:
DOB: **BM** [redacted]
DATE PREPARED: **3/21/2013**

D.A. LOG NUMBER:**1943010**
CJIS TRACKING NO.:**9168625235-A001**
BY: **AZ** DA NO: **002261480**
AGENCY:**HPD**
O/R NO: **033958813P**
ARREST DATE: **03-19-13**

NCIC CODE: **5599 48**

RELATED CASES:

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO: **1381452**
HARRIS COUNTY DISTRICT COURT NO: **180**
FIRST SETTING DATE:

BAIL: **$30,000**
PRIOR CAUSE NO:

---

**WAIVER OF CONSTITUTIONAL RIGHTS, AGREEMENT TO STIPULATE, AND JUDICIAL CONFESSION**

In open court and prior to entering my plea, I waive the right of trial by jury. I also waive the appearance, confrontation, and cross-examination of witnesses, and my right against self-incrimination. The charges against me allege that in Harris County, Texas, **GEORGE RALPH BERNARD**, hereafter styled the Defendant, heretofore on or about **MARCH 19, 2013**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, PHENCYCLIDINE weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on NOVEMBER 11, 2005, in Cause Number 1037465 in the 232ND District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DELIVER.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**