**EXHIBIT I**

**CHARTER OF THE CITY OF HOUS. ART. IX, § 11, at 40**

**(effective 1905)**

### Sec. 10. Repealed.

**Editor's note**—Canvas Ord. No. 2012-1003, §§ 7—9, adopted November 19, 2012, adopted at an election of November 6, 2012, repealed § 10 in its entirety. Originally adopted in 1905, said section pertained to exempting City officers and employees from jury duty. State law requires that all citizens of this state—Including employees of the City—Are required to serve on jury duty.

### Section 11. Notice of Claim for Damages.

Before the City of Houston shall be liable for damages for personal injuries of any kind, or for injuries to or destruction of property of any kind, the person injured, or the owner of the property injured or destroyed, or some one in his behalf, shall give the Mayor and City Council notice in writing of such injury or destruction, duly verified, within ninety days after the same has been sustained, stating in such written notice when, where and how the injury or destruction occurred, and the apparent extent thereof, the amount of damage sustained, the amount for which claimant will settle, the actual residence of the claimant by street and number at the date the claim is presented, and the actual residence of such claimant for six months immediately preceding the occurrence of such injuries or destruction, and the names and addresses of the witnesses upon whom he relies to establish his claim, and a failure to so notify the Mayor and City Council within the time and manner specified herein shall exonerate, excuse and exempt the City from any liability whatsoever, provided that nothing herein shall be construed to effect or repeal Section 12 of Article IX of this Charter. (Act of 1905; amended October 15, 1913)

### Section 12. Liability and Negligence.

The City of Houston shall not be liable to any person for damages caused from streets, ways, crossings, bridges, culverts, sewers or sidewalks being out of repair from negligence of said corporation, unless the same shall have remained so for ten days after special notice in writing given to the Mayor or city council. (Act of 1905)

### Section 13. Pleading Ordinances.

It shall be sufficient in all judicial proceedings to plead any ordinance of the city by caption, without embodying the entire ordinance in the pleading, and all printed ordinances or codes of ordinances shall be admitted in evidence in any suit, and shall have the same force and effect as the original ordinance. Certified copies of ordinances may also be used in evidence. (Act of 1905)

### Section 14. Judicial notice of Charter.

This Act shall be deemed a public Act, and judicial notice shall be taken thereof in all courts. (Act of 1905)

**Note**—The title of this section was added by the editor; it was not titled in the 1905 Special Act.

### Section 15. Ownership and Regulation of Public Utilities.

The right is hereby granted to the City of Houston to acquire its public utilities, such as gas, water and electric light works, and underground, surface and elevated street railways, subways or underground conduit systems for electric light, power, telephone, telegraph and other wires used for the purpose of transmitting any electric service. That such utilities may be purchased by a payment in cash of twenty-five per cent. of such price, the balance in annual installments, including interest, to be paid out of the revenues of such utility, and that such works so purchased shall stand pledged as security for the payment of the amount due thereon, but that no judgment shall be rendered against the city upon any deferred note, requiring the city to pay any specified sum of money, but said judgment shall be merely one of foreclosure, divesting and depriving the City of the possession of the property so purchased but not paid for, in which event the City shall forfeit and lose only the cash payment of twenty-five per cent. of the agreed price, without liability or judgment in any sum for the unpaid purchase price; provided, that no purchase or expenditure shall be made under this Section, unless the same shall first have been submitted to the vote of the qualified tax-paying voters at an election to be held exclusively for that purpose.

And the right is hereby expressly granted to the City of Houston to regulate all public utilities in said City, and to require efficiency of public service, and to require all persons or corporations

I, ANNA RUSSELL, City Secretary of the City of Houston, Texas, do hereby certify that the within and foregoing is a true and correct copy of an excerpt from the City Charter, being Article IX, Section 11, as the same appears in the records of my office.

WITNESS my hand and the Seal of said City this 21st day of July, 2016.

Anna Russell
City of Houston