**EXHIBIT J**

**TRAINING RECORDS FOR OFFICER F. RODRIGUEZ**

# Houston Police Academy
*Certification Records for:*
## FERDINAND RODRIGUEZ
SSN:

Print Date 06/21/16 Effective Date of Records: 06/21/16 3:10:08AM

EMPL NO: RACE H DOB:
STATUS: A SEX: M DL NO: 6
DATE OF COMMISSION: CLASSIFICATION: Classified
CADET CLASS: 149 OVERALL CLASS STANDING: 59 EDUCATION DIPLOMA: High School
COLLEGE HOURS: 0 DEGREE MAJOR: None HOURS WITH D OR F: 0
CURRENT DEGREE: NONE VETERAN: USA
RANK: Senior Police Officer TCLEOSE INSTRUCTOR: No
INTERMEDIATE CERT. DATE: 12/11/96 ADVANCED CERT. DATE: 01/04/02 MASTER CERT. DATE 12/04/07

**TCLEOSE**

CERTIFICATION: TCLEOSE-MASTERS
TRAINING HOURS: 3478
POINTS: 3478
YEARS OF SERVICE: 23.54

**HPD**

CERTIFICATION: HPD-LEVEL III
TRAINING HOURS: 3478
POINTS: 347
YEARS OF SERVICE 23.54

**For 2016 you currently have 72 hours of in-service training!**

## COLLEGE EDUCATION:

| College | Major | Degree | Hours | D's |
|---|---|---|---|---|

## PRIOR DEPARTMENTS:

| Department Name | Start Date | End Date |
|---|---|---|

## TRAINING CLASSES

| Course | End Date | Training Hours | TCLEOSE Approved |
|---|---|---|---|
| Narcotics 8-HR Warrant Refresher | 6/3/16 | 8 | Yes |
| Solo Police Motorcycle Operator Recertification | 5/12/16 | 16 | Yes |
| Automated External Defibrillator(AED) | 3/8/16 | 0 | No |
| Deaf Services Information | 3/8/16 | 0 | No |
| Community Policing / Proactive Policing | 2/16/16 | 8 | Yes |
| Environmental Crimes | 2/15/16 | 0 | No |
| Message from the Chief | 2/15/16 | 0 | No |
| Crowd Control Familiarization | 2/11/16 | 8 | Yes |
| Narcotics Active Shooter Refresher | 2/10/16 | 8 | Yes |
| Legal Update / Constitutional Policing | 1/20/16 | 8 | Yes |
| Intellinetics Application | 1/8/16 | 0 | No |
| LIMs Training | 1/8/16 | 0 | No |
| Handgun Open Carry 2016 | 1/6/16 | 0 | No |


COH001964BERNARD

| | | | |
|---|---|---|---|
| Gang Reports/Printing a Report | 12/4/15 | 0 | No |
| Narcotics/ Firearms Proficiency Exam | 12/2/15 | 8 | Yes |
| Proper Use of the Duplicate Button | 11/10/15 | 0 | No |
| Mobile Tech Officer Training | 11/6/15 | 0 | No |
| Setina Gun Rack | 11/6/15 | 0 | No |
| Share the Road - Safe Passing Ordinance | 10/13/15 | 0 | No |
| Narcotics Undercover Weapon Defense | 9/22/15 | 8 | Yes |
| Driving Code One Through Intersections | 8/28/15 | 0 | No |
| Incorrect Incident Number | 8/28/15 | 0 | No |
| OLO Importing | 8/28/15 | 0 | No |
| Supervisor Approval and Completing UA Reports | 8/28/15 | 0 | No |
| CJIS Compliance Security Awareness | 7/21/15 | 1 | Yes |
| CSMART Software System | 7/10/15 | 0 | No |
| Open Carry | 7/10/15 | 0 | No |
| Video Remote Interpreting (VRI) System v.2 | 7/10/15 | 0 | No |
| Conducted Energy Devices-Weapon | 5/5/15 | 8 | Yes |
| Reasonable Suspicion/Probable Cause/Plea Bargainin | 4/23/15 | 8 | Yes |
| The Will to Live and Foot Pursuits | 4/21/15 | 8 | Yes |
| Solo Police Motorcycle Operator Recertification | 4/17/15 | 16 | Yes |
| Organizational Change and Disciplinary Process Upd | 4/14/15 | 8 | Yes |
| Narcotics Low Light | 2/10/15 | 8 | Yes |
| Physical Agility Test (Tracking Only) | 12/29/14 | 0 | No |
| Narcotics/ Firearms Proficiency Exam | 12/3/14 | 8 | Yes |
| FEMA IS-100.b Intro to the Incident Command System | 11/7/14 | 3 | Yes |
| FEMA IS-700.a National Incident Management System | 11/7/14 | 3 | Yes |
| 3SI Security System Tracking Device | 11/3/14 | 0 | No |
| HPD Recruiting | 11/3/14 | 0 | No |
| Message from the Chief - Professionalism | 11/3/14 | 0 | No |
| Radio Updates | 11/3/14 | 0 | No |
| Narcotics-Noise Flash Diversionary Device - Recert | 10/10/14 | 4 | Yes |
| Narcotics Tactical Firearms Training | 9/17/14 | 8 | Yes |
| DWI Task Force Overview | 7/29/14 | 0 | No |
| HPD Cybersecurity Part 3 | 7/29/14 | 0 | No |
| HPD Cybersecurity Part 4 | 7/29/14 | 0 | No |
| Narcotics / Virtual Reality Training | 7/28/14 | 4 | Yes |
| HPD Cybersecurity Part 1 | 7/24/14 | 0 | No |
| HPD Cybersecurity Part 2 | 7/24/14 | 0 | No |
| Message from the Chief - RMS | 7/24/14 | 0 | No |
| Police Personnel System (PPS) Overview | 7/24/14 | 0 | No |
| Video Remote Interpreting (VRI) System | 7/24/14 | 0 | No |
| Metal Theft Unit/Precious Metal Unit | 7/22/14 | 0 | No |
| Proper Use of the Clearing Barrel | 7/22/14 | 0 | No |
| Seat Belt Video | 7/22/14 | 0 | No |
| Tracking Device Legal Updates | 7/22/14 | 0 | No |
| RMS Investigation Training | 5/20/14 | 8 | Yes |
| RMS Mobile Com End User Training | 5/3/14 | 24 | Yes |
| Narcotics 8-HR Warrant Refresher | 4/4/14 | 8 | Yes |
| Solo Police Motorcycle Operator Recertification | 4/3/14 | 16 | Yes |
| Physical Agility Test (Tracking Only) | 12/20/13 | 0 | No |
| Narcotics/ Firearms Proficiency Exam | 12/11/13 | 8 | Yes |
| Legal Update and Courtroom Testimony/Depositions | 11/20/13 | 8 | Yes |


COH001965BERNARD

| | | | |
|---|---|---|---|
| Driving Safety and Pursuit Refresher | 11/12/13 | 8 | Yes |
| Houston Center for Sobriety | 10/31/13 | 0 | No |
| HPD at Work - Public Affairs Division | 10/31/13 | 0 | No |
| HPD at Work - Vehicular Crimes Division | 10/31/13 | 0 | No |
| P.R.E.A. - Prison Rape Elimination Act of 2003 | 10/31/13 | 0 | No |
| Narcotics Ballistic Shields | 10/17/13 | 6 | Yes |
| Narcotics-Noise Flash Diversionary Device - Recert | 9/23/13 | 4 | Yes |
| Narcotics Undercover Vehicle Operations | 9/5/13 | 8 | Yes |
| Advanced 4th Amendment for Investigators | 6/18/13 | 8 | Yes |
| Enhancing Customer Service - Traffic Stops | 6/17/13 | 0 | No |
| CJIS Compliance Security Awareness | 5/7/13 | 1 | Yes |
| Enhancing Customer Service - Calls for Service | 5/7/13 | 0 | No |
| Enhancing Customer Service - Telephone Etiquette | 5/7/13 | 0 | No |
| Precious Metal Unit | 5/7/13 | 0 | No |
| CCH Criminal History Inquiries (CHRI) | 4/24/13 | 0 | No |
| Organizational Culture Change | 4/24/13 | 0 | No |
| Solo Police Motorcycle Operator Recertifiction | 4/18/13 | 16 | Yes |
| Bath Salts | 2/18/13 | 0 | No |
| Narcotics Tactical Firearms Training | 2/5/13 | 8 | Yes |
| Decision Making and Integrity 2012-2013 | 1/14/13 | 8 | Yes |
| Eyewitness Identification HB 215 | 1/10/13 | 8 | Yes |
| Excited Delirium | 1/8/13 | 4 | Yes |
| Sovereign Nation | 1/8/13 | 4 | Yes |
| Basic Instructor Certification | 12/14/12 | 40 | Yes |
| Physical Agility Test (Track Only) | 12/7/12 | 0 | No |
| Social Media and Community Awareness | 12/6/12 | 8 | Yes |
| Seat Belt Extender | 12/4/12 | 0 | No |
| Narcotics/ Firearms Proficiency Exam | 12/3/12 | 8 | Yes |
| Narcotics 8-HR Warrant Refresher | 11/1/12 | 8 | Yes |
| Noise Flash Diversionary Device - Recertification | 9/26/12 | 4 | Yes |
| If You See Something, Say Something | 8/27/12 | 0 | No |
| Eyewitness Identification Show-Up Procedures | 8/23/12 | 0 | No |
| Eyewitness Identification Procedures | 8/20/12 | 4 | Yes |
| Narcotic Plainclothes Response | 7/18/12 | 8 | Yes |
| Mobile Data Computer | 7/2/12 | 0 | No |
| SOLO Police Motorcycle Operator Recertifiction | 4/20/12 | 16 | Yes |
| Solo-Feb 2012 30 MPH Cone Weave/360 Cone Patt | 3/21/12 | 4 | Yes |
| Solo-Jan 2012/Braking and "W" | 3/21/12 | 4 | Yes |
| Aircrew Resource Management | 2/22/12 | 8 | Yes |
| Narcotic Active Shooter Refresher | 2/15/12 | 8 | Yes |
| Human Trafficking | 12/13/11 | 4 | Yes |
| State and Federal Law Update 2012 | 12/13/11 | 4 | Yes |
| Police Community Awareness - DDC | 12/12/11 | 8 | Yes |
| Narc/Firearms Proficiency Exam | 12/1/11 | 8 | Yes |
| Physical Agility Test (Track Only) | 12/1/11 | 0 | No |
| Narcotics Intermediate Firearms Training | 11/15/11 | 8 | Yes |
| Decision Mkg - Integrity - Officers | 11/14/11 | 8 | Yes |
| Narcotics Advanced Warrant Execution | 9/20/11 | 16 | Yes |
| Narcotics Diversionary Device Flashbang Op Course | 8/23/11 | 8 | Yes |
| Physical Agility Test (Track Only) | 8/15/11 | 0 | No |
| Narc Buddy-Self Aid in a Tact Environment | 7/14/11 | 8 | Yes |


COH001966BERNARD

| | | | |
|---|---|---|---|
| Pursuit Tactics | 7/11/11 | 8 | Yes |
| Motorcycle Re-Certification Course | 4/21/11 | 16 | Yes |
| Aviation Safety - Personal Protective Equipment | 4/6/11 | 8 | Yes |
| Narcotics Undercover Vehicle Operations | 3/29/11 | 8 | Yes |
| CID-TCIC Security Awareness | 3/22/11 | 8 | Yes |
| Aircrew Resource Management | 2/2/11 | 8 | Yes |
| Narcotic Warrant Execution Refresher | 12/9/10 | 4 | Yes |
| Tactical Carbine Operators Course | 12/3/10 | 40 | Yes |
| Divisional Unit Updates | 11/22/10 | 8 | Yes |
| Decision Making and Integrity-Officers | 11/8/10 | 8 | Yes |
| Narcotics Advanced Undercover Weapon Course | 10/28/10 | 8 | Yes |
| Narcotics Advanced Warrant Execution | 7/14/10 | 16 | Yes |
| Motorcycle Re-Certification Course | 4/23/10 | 16 | Yes |
| Air Support to Ground Operations - Tactical Trn | 3/1/10 | 8 | Yes |
| Narcotics Low Light | 2/2/10 | 8 | Yes |
| Narc Shotgun/Special Weapons | 1/27/10 | 8 | Yes |
| Penal Code Update/CPR/Haz Communication | 12/10/09 | 8 | Yes |
| Narc/Firearms Proficiency Exam | 12/9/09 | 8 | Yes |
| Physical Agility Test (Track Only) | 12/3/09 | 0 | No |
| Strategic Response/Decision Making 2010 | 12/3/09 | 8 | Yes |
| CIT Update/Suicide Prevention/Houston Hospice | 11/19/09 | 8 | Yes |
| Narcotics Vehicle Assault and Officer Rescue | 10/12/09 | 8 | Yes |
| HPD Patrol Carbine Course | 9/24/09 | 24 | Yes |
| Undercover Violence | 6/24/09 | 8 | Yes |
| Airborne Tactics and Thermal Imaging | 6/12/09 | 40 | Yes |
| TCIC-NCIC LTFA Recert 2009 | 6/1/09 | 0 | No |
| Special Investigative Topics | 5/4/09 | 8 | Yes |
| Police Motorcycle Operator Recertification | 4/24/09 | 16 | Yes |
| Shooting On The Move (Tactical) | 4/15/09 | 8 | Yes |
| Undercover Weapons Course | 4/6/09 | 8 | Yes |
| Narc Shotgun/Special Weapons | 4/1/09 | 8 | Yes |
| Tactical Flight Officer Training 40 HR | 2/6/09 | 40 | Yes |
| Narctic Weapon Familiarization | 12/17/08 | 8 | Yes |
| Decision Making And Integrity | 12/15/08 | 8 | Yes |
| Depart Program Update/DDC | 12/12/08 | 8 | Yes |
| Physical Agility Test (Track Only) | 12/11/08 | 0 | No |
| Probable Cause, Search and Safety | 12/11/08 | 8 | Yes |
| Report Writing/Evidence Control | 12/10/08 | 8 | Yes |
| Narcotic Gun Shot Trauma Survival Trng | 7/15/08 | 16 | Yes |
| Response to Active Shooter | 7/10/08 | 16 | Yes |
| Narc Shotgun/Special Weapons | 5/20/08 | 8 | Yes |
| Use of Cover and Concealment | 5/19/08 | 8 | Yes |
| Motorcycle Re-Certification Course | 4/15/08 | 16 | Yes |
| Shotgun Select Slug (Prereq Tactical Shotgun) | 3/6/08 | 8 | Yes |
| Benelli Shotgun | 3/5/08 | 8 | Yes |
| Cultural Diversity 2008 | 2/18/08 | 4 | Yes |
| Legal Update 2008 | 2/18/08 | 4 | Yes |
| Operational WMD Response for Law Enforcement | 2/14/08 | 16 | Yes |
| Gang Tracker Mandatory 2008 | 12/20/07 | 4 | Yes |
| Narc/Firearms Proficiency Exam | 12/6/07 | 8 | Yes |
| Ethics Mandatory 2008 | 11/30/07 | 8 | Yes |


COH001967BERNARD

| | | | |
|---|---|---|---|
| Narcotics Concealed Weapons | 10/11/07 | 8 | Yes |
| NCIC/TCIC Biannual Recertification 2007 | 8/1/07 | 0 | Yes |
| Police Motorcycle Operator Certification | 4/20/07 | 40 | Yes |
| Narc/Firearms Proficiency Exam | 12/6/06 | 8 | Yes |
| Intermediate Crisis Intervention Training | 11/7/06 | 16 | Yes |
| Mandatory Training 2007 | 10/2/06 | 8 | Yes |
| Use of Cover and Concealment | 8/21/06 | 8 | Yes |
| Law Enforcement Response Actions (LERA) | 3/28/06 | 8 | Yes |
| Courtroom Testimony | 2/14/06 | 8 | Yes |
| Prevention and Deterrence of Terrorists Acts | 1/31/06 | 8 | Yes |
| 2006 Mandatory Tactical Training | 12/13/05 | 8 | Yes |
| Narc/Firearms Proficiency Exam | 12/7/05 | 8 | Yes |
| Narcotics Concealed Weapons | 11/29/05 | 8 | Yes |
| NIMS Introduction - IS 100 / 700 | 10/11/05 | 8 | Yes |
| Mandatory Training 2006 | 9/27/05 | 8 | Yes |
| Mandatory 2005 (Off. Safety/Union/CIT) | 7/26/05 | 12 | Yes |
| Taser Training 2005 | 7/26/05 | 4 | Yes |
| ERC Process Training | 6/22/05 | 4 | Yes |
| Narcotics Building Search Tactics | 6/7/05 | 8 | Yes |
| Narctic Weapon Familiarization | 2/25/05 | 8 | Yes |
| Narcotics Satellite Tracking Systems | 1/25/05 | 8 | Yes |
| NCIC/TCIC Biannual Recert 2005 | 1/3/05 | 0 | Yes |
| Narc/Firearms Proficiency Exam | 12/15/04 | 8 | Yes |
| Narcotics Concealed Weapons | 11/15/04 | 8 | Yes |
| Bomb Component Recognition | 10/7/04 | 4 | Yes |
| Identity Theft 2005 | 10/7/04 | 4 | Yes |
| Courtroom Testimony | 5/4/04 | 8 | Yes |
| Narcotics Building Search Tactics | 1/29/04 | 8 | Yes |
| Narc/Firearms Proficiency Exam | 12/17/03 | 8 | Yes |
| Cultural Diversity 3939 | 12/9/03 | 4 | Yes |
| Special Investigative Topics 2004 | 12/9/03 | 4 | Yes |
| Mandatory 2004- Classified | 11/20/03 | 8 | Yes |
| Narctic Weapon Familiarization | 10/9/03 | 8 | Yes |
| The Dilemma of Ethics | 6/11/03 | 8 | Yes |
| Narctic Weapon Familiarization | 5/22/03 | 8 | Yes |
| SRG Training Jan- Apr 2003 | 4/10/03 | 8 | Yes |
| Narcotics Concealed Weapons | 3/3/03 | 8 | Yes |
| NCIC/TCIC Biannual Recert 2002 | 1/1/03 | 0 | Yes |
| Narctic Weapon Familiarization | 12/10/02 | 4 | Yes |
| Officer Mandatory TY 03 | 12/4/02 | 8 | Yes |
| Narcotics/Reactive Shooting | 10/23/02 | 4 | Yes |
| SRG Training 2002 | 10/7/02 | 8 | Yes |
| Narcotics Update | 8/22/02 | 8 | Yes |
| Use of Cover and Concealment | 7/1/02 | 8 | Yes |
| SRG - Crowd Management Tactics | 5/20/02 | 8 | Yes |
| SRG Intermediate Chemical Weapons & Equip Operator | 3/12/02 | 8 | Yes |
| Narcotics Concealed Weapons | 2/27/02 | 8 | Yes |
| Asset Forfeiture (TCLEOSE) | 1/29/02 | 2 | Yes |
| Distance E-Learning | 1/29/02 | 2 | Yes |
| Racial Profiling | 1/29/02 | 4 | Yes |
| Narctic Weapon Familiarization | 11/30/01 | 4 | Yes |


COH001968BERNARD

| | | | |
|---|---|---|---|
| Diminsh Light Reactive Drill | 10/10/01 | 4 | Yes |
| Narcotics Update 2000 | 5/31/01 | 8 | Yes |
| Narcotics/Reactive Shooting | 4/18/01 | 4 | Yes |
| Narc: Raid Plan/Warrant Entry | 3/26/01 | 8 | Yes |
| Mandatory 2001 Day 2 | 3/15/01 | 8 | Yes |
| Mandatory 2001 Day 1 | 3/14/01 | 8 | Yes |
| Defensive Driving Course | 11/7/00 | 8 | Yes |
| Narc/Firearms Proficiency Exam | 9/18/00 | 4 | Yes |
| Hurricane Preparedness | 7/24/00 | 8 | Yes |
| Mandatory 2000/De-escalation Techs. | 6/14/00 | 8 | Yes |
| Defensive Driving Mandatory | 6/13/00 | 4 | Yes |
| Mandatory Animal Cruelty | 6/13/00 | 4 | Yes |
| Cultural Diversity 2000 | 6/12/00 | 4 | Yes |
| SIT Mandatory 2000 | 6/12/00 | 4 | Yes |
| Narcotics/Reactive Shooting | 4/25/00 | 4 | Yes |
| Motorcycle Recertification | 4/16/00 | 16 | Yes |
| Narcotics Update 2000 | 2/4/00 | 8 | Yes |
| NCIC/TCIC Biannual Recert 2000 | 1/26/00 | 0 | No |
| Weed & Seed Initiative | 12/16/99 | 4 | Yes |
| Narcotics/Reactive Shooting | 10/5/99 | 4 | Yes |
| Courtroom Testimony | 8/17/99 | 16 | Yes |
| Diminsh Light Reactive Drill | 8/4/99 | 4 | Yes |
| Narcotics Investigator School | 6/25/99 | 40 | Yes |
| Narcotics Survival School | 6/18/99 | 40 | Yes |
| Narcotics Concealed Weapons | 5/14/99 | 8 | Yes |
| Police Motorcycle Operator Certification | 4/23/99 | 40 | Yes |
| Asset Forfeiture Criminal Interdiction | 4/8/99 | 16 | Yes |
| Personnel Issues 1999 | 3/26/99 | 8 | Yes |
| Mandatory/WOMD/Labor Rel.1999 | 3/11/99 | 8 | Yes |
| Mandatory/Spec. Inv. Topics 1999 | 3/2/99 | 8 | Yes |
| Differential Response Team | 2/12/99 | 40 | Yes |
| Mandatory/WOMD/Labor Rel.1999 | 1/6/99 | 0 | Yes |
| Legal Update | 12/1/98 | 4 | Yes |
| Basic Handgun Course | 10/22/98 | 16 | Yes |
| Basic Weight Training | 10/13/98 | 8 | Yes |
| NBC Domestic Preparedness Trg. | 8/14/98 | 8 | Yes |
| Cultural Diversity/Mand.Train. | 7/22/98 | 8 | Yes |
| TCIC/NCIC Mandatory Training | 7/21/98 | 8 | Yes |
| S.R.G. Update 1998 | 3/10/98 | 4 | Yes |
| Divisional Tactical Unit (DTU) Training | 12/19/97 | 40 | Yes |
| Communication\Verbal Tactics | 10/30/97 | 8 | Yes |
| Psychology of Gangs | 10/21/97 | 8 | Yes |
| Tactical Talking Hands (SEE 429) | 10/1/97 | 8 | Yes |
| PC - Windows 95 Fundamentals | 8/28/97 | 8 | Yes |
| Mandatory Training 1997 | 8/7/97 | 16 | Yes |
| Arrest/Search/Seizure (Intermediate) | 7/8/97 | 60 | Yes |
| Child Abuse Prev/Inv (Intermediate) | 7/8/97 | 60 | Yes |
| Crime Scene Investigation (Intermediate) | 7/8/97 | 60 | Yes |
| Use of Force (Intermediate) | 7/8/97 | 60 | Yes |
| SRG: Dig. Protect/Legal Aspects | 5/27/97 | 8 | Yes |
| Basic Police Bike Patrol | 10/25/96 | 40 | Yes |


COH001969BERNARD

| | | | |
|---|---|---|---|
| Mandatory Training-1996 | 8/13/96 | 16 | Yes |
| Bicycle Patrol Orientation | 7/31/96 | 8 | Yes |
| Human Behavioral Studies | 8/25/95 | 24 | Yes |
| DARE Officer Training | 7/28/95 | 32 | Yes |
| DARE Training Conference | 7/15/95 | 12 | Yes |
| DARE Training Conference | 7/11/95 | 8 | Yes |
| DARE Middle School Workshop | 6/6/95 | 8 | Yes |
| DARE Officer Training | 1/27/95 | 100 | Yes |
| Officer Safety Awareness | 12/8/94 | 8 | Yes |
| Special Response Group Refresher | 10/5/94 | 8 | Yes |
| Hate Crimes | 8/19/94 | 8 | Yes |
| General Human Relations | 8/18/94 | 8 | Yes |
| Decision-Making and Tactical Skills | 5/5/94 | 8 | Yes |
| Special Response Group Basic Training | 10/21/93 | 40 | Yes |
| Child Abuse Prev/Inv (Intermediate) | 6/10/93 | 0 | Yes |
| Arrest/Search/Seizure (Intermediate) | 12/11/92 | 0 | Yes |
| Basic Peace Officer | 12/11/92 | 984 | Yes |
| Crime Scene Investigation (Intermediate) | 12/11/92 | 0 | Yes |
| Use of Force (Intermediate) | 12/11/92 | 0 | Yes |


COH001970BERNARD