**EXHIBIT K**

**COMPLAINT HISTORY FOR OFFICER F. RODRIGUEZ**

# HOUSTON POLICE DEPARTMENT

## EMPLOYEE COMPLAINT HISTORY

Criteria Fields :ALL Command,ALL Division,Target Emp. ID.[redacted]

Report Date & Time 09/18/2015 2:45:33PM

**Employee Name:** RODRIGUEZ, FERDINAND JR | **Employee Number :** [redacted]

**Date of Birth :** [redacted] **Race :** H **Sex :** M | **Division :** NARCOTICS

**Job Description :** SENIOR POLICE OFFICER | **Command :** SPEC INVEST CMD

| ISSUE ID | YR | ALLEGATION | CLASS | REPORT DATE | COMPLAINANT'S NAME | INT/ EXT | DIVISION INVOLVED | DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 19931509 | 1993 | U/F | CLASS I | 12/04/93 | WALKER R | E | COMM SERVICES | NOT SUSTAINED |
| 19931509 | 1993 | QUESTION REGARDING | CLASS I | 12/04/93 | WALKER R | E | COMM SERVICES | NOT SUSTAINED |
| 19980156 | 1998 | CONDUCT & BEHAVIOR | CLASS II(D) | 01/31/98 | CARTWRIGHT KD | E | SOUTHWEST | NOT SUSTAINED |
| 19981899 | 1998 | IMPROPER POLICE PROCEDURE | CLASS II(D) | 11/10/98 | GIVENS DL | E | SOUTHWEST | EXONERATED |
| 19981899 | 1998 | CONDUCT & BEHAVIOR | CLASS II(D) | 11/10/98 | GIVENS DL | E | SOUTHWEST | EXONERATED |
| 20001726 | 2000 | AT FAULT ACCIDENT | CLASS II(A) | 04/26/00 | PARKED AUTO | I | NARCOTICS | SUSTAINED |
| 29599 | 2007 | DISCH FIREARMS-CITIZEN INJUR | CLASS I | 04/25/07 | CHIEF OF POLICE | I | NARCOTICS | JUSTIFIED |
| 30458 | 2007 | IMPROPER USE OF COMPUTER | CLASS II(D) BY | 09/24/07 | ADMINISTRATIVE | E | NARCOTICS | UNFOUNDED |
| 43644 | 2013 | DISCH FIREARMS-CITIZEN INJUR | CLASS I | 03/20/13 | CHIEF OF POLICE | I | NARCOTICS | JUSTIFIED |

**TOTAL : 9**

**NOTE : VERIFY YEAR 2000 ISSUES WITH MAPPER - HPDTRACK**