IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE BERNARD, | § | |
| *Plaintiff,* | § | |
| | § | JUDGE GRAY H. MILLER |
| v. | § | Case No. H-15-00734 |
| | § | |
| FERDINAND RODRIGUEZ, JR. | § | Rhonda Moore-Konieczy, Case Manager |
| *Defendant.* | § | |
| | § | _____, Court Reporter |

## EXHIBIT LIST OF DEFENDANT

Page 1 of 2

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 1 | Search and Arrest Warrant | | | | |
| 2 | Affidavit for Search Warrant | | | | |
| 3 | Supplemental Report by Narcotics Squad 15 | | | | |
| 4 | Training Records for Officer F. Rodriguez | | | | |
| 5 | Photograph Exterior of 6725 Sherwood Drive, Houston Taken on March 19, 2013 | | | | |
| 6 | Photograph Interior of 6725 Sherwood Drive, Houston Taken on March 19, 2013 | | | | |
| 7 | Photograph Interior of 6725 Sherwood Drive, Houston Taken on March 19, 2013 | | | | |
| 8 | Photograph Interior of 6725 Sherwood Drive, Houston Taken on March 19, 2013 | | | | |
| 9 | Photograph Interior of 6725 Sherwood Drive, Houston Taken on March 19, 2013 | | | | |
| 10 | Photograph of Kitchen Area at 6725 Sherwood Drive, Houston Taken on March 19, 2013 | | | | |
| 11 | Photograph of Kitchen Area at 6725 Sherwood Drive, Houston Taken on March 19, 2013 | | | | |
| 12 | Photograph of BB Gun at 6725 Sherwood Drive, Houston Taken on March 19, 2013 | | | | |

**EXHIBIT LIST OF DEFENDANT**               Civil/Criminal H- 15-00734

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 12 | Close Up Photo of BB Gun at 6725 Sherwood Drive, Houston Taken on March 19, 2013 | | | | |
| 13 | Photograph of 32 Caliber Hand Gun found at 6725 Sherwood Drive, Houston – Taken on March 19, 2013 | | | | |
| 14 | Photograph of shotgun found at 6725 Sherwood Drive, Houston Taken on March 19, 2013 | | | | |
| 15 | Photograph of Officer Rodriguez at 6725 Sherwood Drive, Houston – Taken on March 19, 2013 | | | | |
| 16 | Houston Police Department General Order 200-16 Weapon Discharges - March 26, 2007 | | | | |
| 17 | Houston Police Department General Order 600-17 Use of Force – January 4, 2008 | | | | |
| 18 | Tape Recorded and Transcribed Statement of Elizabeth Gonsoulin | | | | |
| 19 | Tape Recorded and Transcribed Statement of Elton Gonsoulin | | | | |
| 20 | Tape Recorded and Transcribed Statement of Aneshai Neal | | | | |
| 21 | Houston Police Reports and Supplemental Reports on March 19, 2013 Execution of Search and Arrest Warrant | | | | |